USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESMIRALDA KONYUKHOVA,

                       Plaintiff,

      -against-                        24-CV-4390(VEC)

WALGREEN COMPANY,                      ORDER

                       Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 7, 2024, Plaintiff filed the Complaint, *see* Dkt. 1;

    WHEREAS on October 28, 2024, Defendant filed a Motion to Dismiss, *see* Dkt. 15;

    WHEREAS on November 18, 2024, Plaintiff filed an Amended Complaint, *see* Dkt. 22;

    WHEREAS the Undersigned's Individual Rule 4(E)(i) requires the Plaintiff file a redlined version of the amended pleading comparing the revisions made to the prior version of the pleading; and

    WHEREAS Plaintiff did not file a redlined version of her amended pleading.

    IT IS HEREBY ORDERED that Plaintiff must file a redlined version of the Amended Complaint, in which the changes are highlighted (i.e. in tracked changes) by no later than **November 26, 2024**.

    IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is DISMISSED as moot in light of the Amended Complaint.

    The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 15.

**SO ORDERED.**

**Date: November 19, 2024**
      **New York, NY**

                                                    **VALERIE CAPRONI**
                                               **United States District Judge**