UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESMIRALDA KONYUKHOVA,

          *Plaintiff*,

-against-

WALGREEN COMPANY d/b/a
WALGREENS, SEDGWICK CLAIMS
MANAGEMENT SERVICES,
AND PLAN

          *Defendants*.

Docket No. 24-CV-4390(VEC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/24

## MOTION TO WITHDRAW ATTORNEY LIEN

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Ballon Stoll P.C. ("Ballon Stoll") previously moved this court to allow them to withdraw as counsel for Plaintiff, Ms. Konyukhova. As part of their application for withdrawal, Ballon Stoll asserted their intention to retain a lien on any proceeds recovered.

Ballon Stoll, after further communication with the Plaintiff, now resepctfully requests that the Court permit them to withdraw their request to retain a lien on this case in order to facilitate Plaintiff's ability to obtain new representation.

Dated: New York, New York
        December 13, 2024

Application GRANTED. Ballon Stoll's charging lien has been withdrawn.

SO ORDERED.    12/17/24

*/s/ Valerie Caproni/*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

BALLON STOLL P.C.

By:   *s/Marshall B. Bellovin*
     Marshall B. Bellovin, Esq. (MB 5508)
     Jillian Tattersall. Esq. (JT1572)
     *Attorneys for Plaintiff*
     810 Seventh Avenue, Suite 405
     New York, New York 10019
     (212) 575-7900

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing notice of motion, memorandum of law, affidavits, and exhibits were served by ECFon this 10th day of December 2024 on all counsel of record listed below.

    Ashley J. Hale, Esq. (ashely.hale@morganlewis.com)
    Esmiralda Konyukhova (esmiralda.konyukhova@gmail.com)

Dated: New York, New York
       December 10, 2024

                                      BALLON STOLL P.C.

                                      By:   *s/Marshall B. Bellovin*
                                              Marshall B. Bellovin, Esq. (MB 5508)
                                              Jillian Tattersall. Esq. (JT1572)
                                              *Attorneys for Plaintiff*
                                              810 Seventh Avenue, Suite 405
                                              New York, New York 10019
                                              (212) 575-7900