```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   ESMIRALDA KONYUKHOVA,

                                   Plaintiff,

              -against-

   WALGREEN COMPANY, SEDGWICK
   CLAIMS MANAGEMENT SERVICES, &
   WALGREENS COMPANY PAID DISABILITY
   PLAN FOR SALARIED TEAM MEMBERS,
   PHARMACISTS, & PARAPROFESSIONALS,
                                  Defendants.
-------------------------------------------------------------- X

24-CV-4390(VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

      WHEREAS the Initial Pretrial Conference (the "Conference") is scheduled for January 31, 2025 at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007, *see* Dkt. 39; and

      WHEREAS the Notice of Initial Pretrial Conference requires the parties to submit a joint letter and proposed case management plan one week before the Conference, *see* Dkt. 18.

      IT IS HEREBY ORDERED that the requirement to submit a joint letter and proposed case management plan is STAYED.  The Court will address any issues at the Conference and will set a schedule for amended pleadings and discovery.  A case management plan will be entered after the Conference.

**SO ORDERED.**

Date:  December 20, 2024
       New York, NY

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**