```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ESMIRALDA KONYUKHOVA,

                                 Plaintiff,

            -against-

WALGREEN COMPANY, SEDGWICK
CLAIMS MANAGEMENT SERVICES, &
WALGREENS COMPANY PAID DISABILITY
PLAN FOR SALARIED TEAM MEMBERS,
PHARMACISTS, & PARAPROFESSIONALS,
                             Defendants.
-------------------------------------------------------------- X

24-CV-4390(VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties are scheduled to appear for an initial pretrial conference on January 31, 2025 at 10:00 A.M.

IT IS HEREBY ORDERED that the parties must appear for the initial pretrial conference on **January 31, 2025 at 10:00 A.M.** in in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date: January 27, 2025
      New York, NY

                                     **VALERIE CAPRONI**
                                 **United States District Judge**

---

[1] Please note this is a new courtroom for the Undersigned.