```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ESMIRALDA KONYUKHOVA,

                                  Plaintiff,

                  -against-

24-CV-4390(VEC)

ORDER

WALGREEN COMPANY, SEDGWICK
CLAIMS MANAGEMENT SERVICES, &
WALGREENS COMPANY PAID DISABILITY
PLAN FOR SALARIED TEAM MEMBERS,
PHARMACISTS, & PARAPROFESSIONALS,

                                 Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the Initial Pretrial Conference (the "Conference") is scheduled for January 31, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, *see* Dkt. 57.

       IT IS HEREBY ORDERED that the Conference is ADJOURNED *sine die*.

       IT IS FURTHER ORDERED that a referral to Magistrate Judge Aaron will be entered by separate order.

**SO ORDERED.**

Date:  **January 28, 2025**
         **New York, NY**

                                            **VALERIE CAPRONI**
                                         **United States District Judge**