UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esmiralda Konyukhova,<br><br>      Plaintiff,<br><br>-against-<br><br>Walgreen Company, Sedgwick Claims Management Services, and Walgreens Company Paid Disability Plan for Salaried Team Members, Pharmacists, and Paraprofessionals,<br><br>      Defendants. | 1:24-cv-04390 (VEC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  Upon consent of Defendants, Plaintiff hereby is granted leave to file a Second Amended Complaint ("SAC").[1]

  It is hereby ORDERED that Plaintiff shall file her SAC no later than Monday, March 10, 2025. Defendants shall answer or move with respect to the SAC no later than Friday, April 11, 2025. Discovery is currently stayed in this matter. If Defendants wish for the stay of discovery to continue, Defendants shall file an application to continue the stay on or before April 11, 2025.

SO ORDERED.

Dated:  New York, New York
     February 4, 2025

                    _____
                    STEWART D. AARON
                    United States Magistrate Judge

---

[1] Plaintiff takes the position that her former counsel did not have the authority to file the First Amended Complaint. (ECF No. 22.) The Court is referring to the forthcoming pleading as a Second Amended Complaint for administrative convenience.