USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Esmiralda Konyukhova,

                        Plaintiff,

-against-

Walgreen Company, Sedgwick Claims Management Services, and Walgreens Company Paid Disability Plan for Salaried Team Members, Pharmacists, and Paraprofessionals,

                        Defendants.

1:24-cv-04390 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

        The Court is in receipt of the emergency motion (ECF No. 85) and the motion for reconsideration (ECF No. 86) (collectively, "Motions"), as well as the accompanying memorandum (ECF No. 87), filed by Plaintiff on April 29, 2025. It is hereby ORDERED as follows:

        1.    Defendant Walgreen Company shall respond to the Motions no later than May 12, 2025.

        2.    Any reply by Plaintiff shall be filed no later than May 19, 2025.

**SO ORDERED.**

Dated:    New York, New York
             April 30, 2025

                                                            _____
                                                            STEWART D. AARON
                                                            United States Magistrate Judge