June 25, 2025

**Via ECF**

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Plaintiff's Letter Motion to Seal (ECF No. 123) is GRANTED. Plaintiff shall file an unredacted redlined version of the Third Amended Complaint ("TAC") under seal and a redacted version of the same on the the public docket. Plaintiff also shall file a clean unredacted version of the TAC under seal and a redacted version of the same on the public docket.
>
> SO ORDERED.
> Dated: June 25, 2025
> *[signature: Stewart D. Aaron]*

**Re: <u>Esmiralda Konyukhova v. Walgreen Company d/b/a Walgreens, *et.al.*, 1:24-cv-04390</u>**

Dear Judge Aaron,

    I, Esmiralda Konyukhova, a *pro se* Plaintiff in the above-captioned case, hereby respectfully seek leave to file the redline version of the Third Amended Complaint under seal and to publicly file a redacted clean version of the same due to the sensitive nature of the medical information contained within. The document includes personal medical information which, if made public, could result in substantial privacy violations.

    Additionally, I respectfully seek clarification as to whether the Court requires submission of a clean, unredacted version of the Third Amended Complaint in addition to the publicly filed redacted version. If the Court requires such a clean version in addition to the redacted version, I respectfully request leave to file the clean, unredacted version under seal to protect the confidential medical information.

    I thank the Court in advance for its consideration of this request.

    Respectfully Submitted,

    <u>*/s/ Esmiralda Konyukhova*</u>

    Esmiralda Konyukhova

    *Plaintiff*