UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esmiralda Konyukhova,<br><br>       Plaintiff,<br><br> -against-<br><br>Walgreen Company, et al.,<br><br>       Defendants. | 1:24-cv-04390 (VEC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  No later than Friday, July 11, 2025, Plaintiff and Defendants shall submit a proposed briefing schedule for the anticipated motion to dismiss the Third Amended Complaint. If the parties cannot agree on a proposed schedule, they shall file a joint letter setting forth each side's respective position on the briefing schedule.

**SO ORDERED.**

Dated:  New York, New York
     July 8, 2025

                   /s/ Stewart D. Aaron
                 _____
                 STEWART D. AARON
                 United States Magistrate Judge