**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Esmiralda Konyukhova,**

**Plaintiff,**

**-against-**

**Walgreen Company, et al.,**

**Defendants.**

**1:24-cv-04390 (VEC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on July 2, 2025, Walgreens filed a motion to stay discovery (ECF No. 138) that later was joined by Sedgwick (ECF No. 150); and

WHEREAS, in the memorandum in support of the motion to stay (ECF No. 139), Walgreens argues (at page 9) that "[t]he allegations in the [Third Amended Complaint] suggest that Plaintiff will seek broad discovery which will impose an undue burden Defendants[,]" and that "the expected search for documents would be enormously time-consuming and expensive – spanning several distinct management teams, corporate departments, and a ten-year period."; and

WHEREAS, in her opposition memorandum (ECF No. 192), Plaintiff argues (at pages 23 and 24) that "Defendants' request to stay discovery on the basis of alleged burden and brea[d]th of Plaintiff's complaint does not justify the extraordinary relief of a full discovery stay[,]" and that "Defendants impermissibly speculate discovery requests to be broad and that Defendants would be required to spend significant amount of time and money to respond to discovery requests."

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. No later than October 6, 2025, Plaintiff shall file a letter to the ECF docket setting forth the precise discovery requests to which Plaintiff is seeking responses from defendants prior to the pending motions to dismiss being decided.

2. After receipt and review of Plaintiff's requests, defense counsel shall meet and confer with Plaintiff in a good faith effort to agree upon any discovery that will be provided prior to the motions to dismiss being decided.

3. No later than October 20, 2025, defendants shall file either (a) a letter withdrawing the pending motions to stay discovery based upon agreement of the parties, or (b) their reply memoranda in further support of the motion to stay discovery.

This Order supersedes the schedule for the motion to stay that is contained in ECF No. 142.

**SO ORDERED.**

Dated:      New York, New York
            September 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge