UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esmiralda Konyukhova,<br><br>                                Plaintiff,<br><br>     -against-<br><br>Walgreen Company, et al.,<br><br>                               Defendants. | 1:24-cv-04390 (VEC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

    WHEREAS, on September 21, 2025, the Court entered an Order requiring Plaintiff, no later than October 6, 2025, to file a letter to the ECF docket setting forth the precise discovery requests to which Plaintiff is seeking responses from Defendants prior to the pending motions to dismiss being decided; and

    WHEREAS, Plaintiff's deadline was extended, and she did not file the letter until October 20, 2025 (*see* ECF No. 210).

    NOW, THEREFORE, it is hereby ORDERED, as follows:

1. Defense counsel promptly shall meet and confer with Plaintiff in a good faith effort to agree upon any discovery that will be provided prior to the motions to dismiss being decided.

2. No later than November 3, 2025, Defendants shall file either (a) a letter withdrawing the pending motions to stay discovery based upon agreement of the parties, or (b) their reply memoranda in further support of the motion to stay discovery.

**SO ORDERED.**

Dated: New York, New York
October 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge