USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/03/2025__

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

ESMIRALDA KONYUKHOVA,

              Plaintiff,

    v.

WALGREEN COMPANY d/b/a WALGREENS,
SEDGWICK CLAIMS MANAGEMENT SERVICES,
WALGREENS COMPANY PAID DISABILITY
PLAN FOR SALARIED TEAM MEMBERS,
PHARMACISTS, AND PARAPROFESSIONALS,
WALGREEN HEALTH AND WELFARE PLAN,
AND WALGREENS HEALTH &WELFARE PLAN
COMMITTEE

              Defendants.

Civil Action No. 1:24-cv-04390-
VEC-SDA

**NOTICE OF MOTION**

**MOTION TO DENY DEFENDANTS' REQUEST FOR PROTECTIVE ORDER,
OR ALTERNATIVELY, TO DELAY ANY PROTECTIVE ORDER UNTIL
DEFENDANTS COMPLY WITH COURT ORDERED PRODUCTION AND DISCOVERY
STAY IS LIFTED.**

Plaintiff, appearing pro se, respectfully submits this motion for an Order denying Defendants' request for a protective order pursuant to Fed. R. Civ. P. 26(c), which Defendants have indicated they intend to seek but have not yet filed with the Court, and hereby respectfully requests that the Court: (1) deny any Defendants' motion for a protective order until they comply with the Court's November 21, 2025 order and discovery stay is lifted, and (2) require that any future protective order strictly use the Court's standard Rule 502(d) language unless both sides agree to modifications in writing.

This motion is made on the grounds that Defendants have not produced documents they

already agreed to produce, discovery is stayed until resolution of the motions to dismiss, and the

Defendants' proposed order introduces prejudicial modifications.


Dated:  November 28, 2025                                    Respectfully Submitted,


                                                            Esmiralda Konyukhova, PharmD

                                           By:    /s/ Esmiralda Konyukhova
                                                  Esmiralda Konyukhova
                                                  Plaintiff, In *Pro Se*


51 Morris Dr
Old Bridge, NJ 08857
Phone (917) 359-4741
Esmiralda.Konyukhova@gmail.com

Plaintiff's motion filed at ECF No. 221 is GRANTED IN PART and DENIED IN PART. The Court has entered at ECF No. 224 its standard form Protective Order, without the additional paragraphs that had been proposed by Defendants. There is no need for the inclusion of language of the type included in a Rule 502(d) Order since the Court now has entered such an Order at ECF No. 225. There also is no need for a provision regarding a limitation on the use of confidential material in a publicly accessible Large Language Model ("LLM") or Artificial Intelligence ("AI") platform, since such such use would be violative of the terms of the Protective Order that already has been entered. Finally, there is no need for a provision regarding a closed LLM or AI platform since no confidential information may be transferred to such a platform unless there is assurance that such information is not available to "any other person whomsoever," per paragraph 6 of the Protective Order. The Walgreens Defendants immediately shall produce the service agreements, subject to the terms of the Protective Order, as required by the Court's November 21, 2025 Order (ECF No. 218). SO ORDERED.
Dated: 12/03/2025