UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2026
```

------------------------------------------------------------ X

ESMIRALDA KONYUKHOVA,                     :
                                          :
                          Plaintiff,      :        24-CV-4390 (VEC)
            -against-                     :
                                          :        ORDER
WALGREEN COMPANY, SEDGWICK                :
CLAIMS MANAGEMENT SERVICES, &            :
WALGREENS COMPANY PAID DISABILITY        :
PLAN FOR SALARIED TEAM MEMBERS,          :
PHARMACISTS, & PARAPROFESSIONALS,        :
                                          :
                          Defendants.     :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff requested to file a supplemental complaint to assert a claim for statutory penalties under ERISA 502(c), 29 U.S.C. § 1132(c), Dkt. 244;

WHEREAS the Court's Opinion & Order referred Plaintiff's request to Judge Aaron, Dkt. 253 at 23;

WHEREAS Judge Aaron's directed Plaintiff to file a formal motion for leave to file a supplemental complaint, supported by an affidavit or declaration, as well as a memorandum of law no later than April 15, 2026, Dkt. 254; and

WHEREAS on April 15, 2026, rather than a formal motion for leave to file a supplemental complaint, Plaintiff instead filed a substantive motion for statutory penalties under ERISA 502(c), Dkts. 264–266.

IT IS HEREBY ORDERED that Plaintiff's Motion for Statutory Penalties at Dkt. 264, which was made improperly without the Court's leave, is DENIED WITHOUT PREJUDICE. The Clerk of the Court is respectfully directed to strike the entries at Dkts. 264–266.

IT IS FURTHER ORDERED that the issue of whether, in light of these improper filings and the elapsed deadline, to extend Plaintiff's time to seek leave to file a supplemental complaint remains referred to Judge Aaron.

**SO ORDERED.**

Date:  **April 24, 2026**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**