**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Esmiralda Konyukhova,

                              Plaintiff,

          -against-

Walgreen Company, et al.,

                              Defendants.

1:24-cv-04390 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following on Judge Caproni's April 29, 2026 Order (*see* ECF No. 278), the undersigned hereby extends the deadline for Plaintiff to file for leave to amend her complaint and add a claim for ERISA § 502(c) statutory penalties to Thursday, May 7, 2026.

**SO ORDERED.**

Dated:      New York, New York
          April 30, 2026

_____
STEWART D. AARON
United States Magistrate Judge