**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Esmiralda Konyukhova,

                    **Plaintiff,**

        **-against-**

Walgreen Company, et al.,

                 **Defendants.**

**1:24-cv-04390 (VEC) (SDA)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

---

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, July 14, 2026, at 2:00 p.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, July 7, 2026).

**SO ORDERED.**

DATED:      New York, New York
             May 8, 2026

                                  _____
                                  STEWART D. AARON
                                  United States Magistrate Judge