ENDORSEMENT: The Court is in receipt of Plaintiff's Letter Motions at ECF Nos. 291 and 292. Plaintiff's Motion for Extension of Time (ECF No. 291) is GRANTED. The deadline for Plaintiff to file her Proposed Fourth Amended Complaint is extended to Monday, May 18, 2026.

With respect to Plaintiff's Letter Motion at ECF No. 292, Plaintiff is instructed to email the files she wishes to place under seal to the Pro Se Intake Unit at ProSe@nysd.uscourts.gov, with specific instructions to place them under seal. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 292.

SO ORDERED.

Dated: May 15, 2026

May 15, 2026

**Via ECF**

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Esmiralda Konyukhova v. Walgreen Company d/b/a Walgreens, *et.al.*,  1:24-cv-04390**

Dear Judge Aaron,

I, Esmiralda Konyukhova, a *pro se* Plaintiff in the above-captioned case, hereby respectfully seek leave to file under seal the clean unredacted version and redlined unredacted version of Plaintiff's proposed consolidated Fourth Amended and Supplemental Complaint.

On May 1, 2026, the Court issued an Order, ECF No. 281, permitting Plaintiff to redact previously authorized health information. Subsequently, on May 14, 2026, the Court further authorized sealed filing of the unredacted versions. ECF No. 285. I attempted on May 14, 2026 to electronically file the unredacted versions under seal through the ECF system. However, I received the following message: "You are not authorized to seal an entry or document."

I respectfully submit that the inability to electronically file under seal may be related to the fact that, although I previously submitted a letter request regarding sealed filing, I did not separately file a motion using the specific "motion to seal" event available on the ECF system.

Accordingly, I respectfully request leave to file under seal the clean unredacted version and redlined unredacted version of the proposed Fourth Amended and Supplemental Complaint.

I thank the Court in advance for its consideration of this request.

Respectfully Submitted,

*/s/  Esmiralda Konyukhova*

Esmiralda Konyukhova