USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
ESMIRALDA KONYUKHOVA, :
:
Plaintiff, :
-against- :
:
WALGREEN COMPANY, SEDGWICK CLAIMS MANAGEMENT SERVICES, & WALGREENS COMPANY PAID DISABILITY PLAN FOR SALARIED TEAM MEMBERS, PHARMACISTS, & PARAPROFESSIONALS, :
:
Defendants. :
---------------------------------------------------------- X

24-CV-4390 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 31, 2026, Plaintiff filed objections to Magistrate Judge Aaron's August 18, 2026, Order at Dkt. 305, which denied her motion for leave to file a Fourth Amended Complaint, Dkt. 308; and

WHEREAS Plaintiff also filed a Motion for Reconsideration of Judge Aaron's Order at Dkt. 305, Dkts. 309–10.

IT IS HEREBY ORDERED that Defendants' deadline to respond to Plaintiff's objections at Dkt. 308 is STAYED pending a decision on the Motion for Reconsideration at Dkts. 309–10. The schedule for Defendants' response and Plaintiff's reply to the Motion for Reconsideration at Dkts. 309–10 is unaffected by this Order.

**SO ORDERED.**

**Date: September 1, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**