**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Esmiralda Konyukhova,**

**Plaintiff,**

**-against-**

**Walgreen Company, et al.,**

**Defendants.**

**1:24-cv-04390 (VEC) (SDA)**

**<u>ORDER</u>**

**STEWART D. AARON, United States Magistrate Judge:**

Pending the undersigned's decision on Plaintiff's Motion for Reconsideration (*see* ECF No. 309) and Judge Caproni's decision on Plaintiff's objections (*see* ECF No. 308), the September 17, 2026 deadline for Defendants to respond to the Third Amended Complaint is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: New York, New York
September 1, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge