**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Esmiralda Konyukhova,**

**Plaintiff,**

**-against-**

**Walgreen Company, et al.,**

**Defendants.**

**1:24-cv-04390 (VEC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for clarification regarding this Court's August 18, 2026 Opinion and Order.[1] (Pl.'s 10/20/26 Mot., ECF No. 325.) Local Civil Rule 6.3 governs motions for reconsideration of a court order. *See* S.D.N.Y. Local Civ. R. 6.3. There is no local civil rule governing motions for clarification. Nor is there a Federal Rule of Civil Procedure governing motions for clarification. *See Frommert v. Conkright*, No. 00-CV-06311 (DGL), 2017 WL 952674, at *3 (W.D.N.Y. Mar. 10, 2017). Nevertheless, courts have granted motions for clarification where a court order is unclear or ambiguous. *See*, *e.g.*, *Metcalf v. Yale Univ*., No. 15-CV-01696 (VAB), 2019 WL 1767411, at *2 (D. Conn. Jan. 4, 2019) (citing cases); *see also ELG Utica Alloys, Inc. v. Niagara Mohawk Power Corp*., No. 16-CV-01523 (BKS) (ATB), 2023 WL 7545342, at *2 (N.D.N.Y. Nov. 14, 2023) ("In general, clarification is only warranted where a decision is unclear

[1] This motion is the third motion filed by Plaintiff addressed to the August 18, 2026 Opinion and Order ("8/18/26 Order"). On August 31, 2026, Plaintiff filed a motion for reconsideration of the 8/18/26 Order (*see* Pl.'s 8/31/26 Mot., ECF No. 309), which motion was denied. (*See* 10/15/26 Order, ECF No. 323.) On October 16, 2026, Plaintiff filed a motion for interlocutory appeal from the 8/18/26 Order (*see* Pl.'s 10/16/26 Mot., ECF No. 309), which remains *sub judice* before District Judge Caproni. On October 20, 2026, Plaintiff filed the motion for clarification of the 8/18/26 Order that now is before the Court. (*See* Pl.'s 10/20/26 Mot.) Also pending before Judge Caproni are Plaintiff's objections to the 8/18/26 Order. (*See* Pl.'s 8/31/26 Objs., ECF No. 308.)

or ambiguous." (citing *Fero v. Excellus Health Plan, Inc.*, 502 F. Supp. 3d 724, 747 (W.D.N.Y. 2020)). Because the Court finds that the 8/18/26 Order is neither unclear nor ambiguous, Plaintiff's motion (ECF No. 325) is DENIED.

**SO ORDERED.**

Dated: New York, New York
November 7, 2026

STEWART D. AARON
United States Magistrate Judge