USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
ESMIRALDA KONYUKHOVA, :
:
Plaintiff, :
-against- :
:
WALGREEN COMPANY, SEDGWICK CLAIMS MANAGEMENT SERVICES, & WALGREENS COMPANY PAID DISABILITY PLAN FOR SALARIED TEAM MEMBERS, PHARMACISTS, & PARAPROFESSIONALS, :
:
Defendants. :
--------------------------------------------------------- X

24-CV-4390 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 31, 2026, Plaintiff filed objections to Magistrate Judge Aaron's August 18, 2026, Order at Dkt. 305, which denied her motion for leave to file a Fourth Amended Complaint, Dkt. 308;

WHEREAS Plaintiff also filed a Motion for Reconsideration of Judge Aaron's Order at Dkt. 305, Dkts. 309–10;

WHEREAS the Court stayed Defendants' deadline to respond to Plaintiff's objections at Dkt. 308 pending a decision on the Motion for Reconsideration at Dkts. 309–10, Dkt. 311; and

WHEREAS Judge Aaron denied Plaintiff's Motion for Reconsideration at Dkts. 309–10, Dkt. 323, and her following Motion for Clarification at Dkt. 325, Dkt 332.

IT IS HEREBY ORDERED that the stay of this briefing schedule is now lifted. Defendants must respond to Plaintiff's objections at Dkt. 308 **no later than December 9, 2026**. Plaintiff may reply **no later than December 16, 2026**.

**SO ORDERED.**

**Date: November 23, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**